ANTHONY MARCUCCI, Individually and as Administrator, etc., of CHARLES J. MARCUCCI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and MINNIE MARCUCCI, Also Known as MINNIE PATERNO, Appellant.— In an action brought to recover the proceeds of a policy of life insurance, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.